DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL MILLER,**
Appellant,

v.

**ACHSAH'S PLAZA, LLC,**
Appellee.

No. 4D2025-2688

[June 4, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. 062019CA008219AXXXCE.

Daniel Racker Schwartz and Douglas Fredric Eaton of Eaton & Wolk, PL, Miami, for appellant.

Michael Lamar Buckner of Buckner Legal Self-Help Program, Inc., Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, JJ., and BURTON, CHARLES E., Associate Judge, concur.

*        *        *

***Not final until disposition of timely-filed motion for rehearing.***